# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **USA** | § |
| | § |
| **vs.** | § NO: EP:20-CR-00582(1)-DCG |
| | § |
| **(1) Maria Luisa Cuellar Santillan** | § |

## ORDER RESETTING TRIAL AND DOCKET SETTINGS

On this day, the Court *sua sponte* considered the above-captioned case. In light of the President's declaration of a national emergency due to COVID-19 and Chief Judge Orlando Garcia's "Order[s] Regarding Court Operations Under the Exigent Circumstances Created by the COVID-19 Pandemic," dated March 13, 2020,[1] March 16, 2020,[2] and April 15, 2020,[3] the Court believes that the currently set trial date, docket settings, and all other deadlines including Ellis deadlines, filing of jury instructions or motions in limine, must be continued to a date on or after June 1, 2020.

Considering the facts and findings in Chief Judge Orlando Garcia's March 13, March 16, and April 15 Orders, the Court also concludes that the time period of the continuances implemented by this Order must be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). Specifically, the Court believes that the ends of justice

---

[1] Available online at:
https://www.txwd.uscourts.gov/wp-content/uploads/2020/03/Order-Re-COVID-19.pdf

[2] Available online at:
https://www.txwd.uscourts.gov/wp-content/uploads/2020/03/ORDER-re-Grand-Jury-Proceedings-031620.pdf.

[3] Available online at:
https://www.txwd.uscourts.gov/wp-content/uploads/2020/03/SupplementalOrderCOVID19-041520.pdf

are best served by continuing the proceedings because of the exigent circumstances created by the COVID-19 pandemic. These exigent circumstances include the severity of the risk to those who would otherwise be required to work in close quarters absent a continuance, and the public-health matters that weigh in favor of reducing the size of public gatherings and travel. Indeed, the Court finds that the best interests of the public are served by this continuance. Hence, the Speedy Trial factors outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED** that the currently set trial date, docket settings, and all other deadlines including Ellis deadlines, filing of jury instructions or motions in limine, are **VACATED.** These dates **SHALL** be continued to a date on or after June 1, 2020. The Court's order setting these dates is forthcoming.

**IT IS FURTHER ORDERED** that the time period of the continuances implemented by this Order **SHALL** be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

**So ORDERED and SIGNED this 21st day of April, 2020.**

_____
DAVID C GUADERRAMA
UNITED STATES DISTRICT JUDGE

---

[1.] Available online at:
https://www.txwd.uscourts.gov/wp-content/uploads/2020/03/Order-Re-COVID-19.pdf

[2.] Available online at:
https://www.txwd.uscourts.gov/wp-content/uploads/2020/03/ORDER-re-Grand-Jury-Proceedings-031620.pdf.

[3.] Available online at:
https://www.txwd.uscourts.gov/wp-content/uploads/2020/03/SupplementalOrderCOVID19-041520.pdf