IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. EP-20-CR-00582-DCG |
| | ) | |
| MARIA LUISA CUELLAR SANTILLAN | ) | |

**APPLICATION FOR AUTHORIZATION OF EXPERT SERVICES**

Comes now the Defendant, Maria Luisa Cuellar Santillan, by and through her undersigned attorney, and files this Application for Authorization of Expert Services pursuant to 18 U.S.C. § 3006A (e)(1), requesting the Court to authorize investigator services, and would show the Court the following:

I.

The undersigned was appointed to represent Ms. Cuellar on February 26, 2020, as Ms. Cuellar was financially unable to obtain the services of an attorney. Ms. Cuellar's financial condition has not improved, and she is currently out on bond. She is financially unable to obtain the services of an investigator to assist in her defense. To serve the ends of justice and to adequately prepare the instant case, the services of an investigator are necessary.

II.

Ms. Cuellar is charged with federal income tax fraud, in violation of 26 U.S.C § 7206(2). Counsel anticipates needing the assistance of a private investigator to assist in interviewing the defendant and investigating this very serious case.

III.

William Kirkpatrick is a licensed private investigator in El Paso. The undersigned has contacted Mr. Kirkpatrick with respect to this case, and Mr. Kirkpatrick would be available to work on this case.

WHEREFORE, it is respectfully requested that the Court grant this application and authorize the services requested herein.

Respectfully submitted,

By: /s/ Mary Stillinger
MARY STILLINGER
Texas Bar No. 19239500
401 Boston Avenue
El Paso, Texas 79902
(915) 775-0705
FAX: (915) 886-7178
E-mail: stillingerlaw@sbcglobal.net
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on this 25th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following e-mail addresses:

John S. Johnston,
Debra P. Kanof
Assistant U.S. Attorneys

By: /s/ Mary Stillinger
MARY STILLINGER