IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. EP-20-CR-00582-DCG
)
MARIA LUISA CUELLAR SANTILLAN )

## WAIVER OF RIGHT TO TRIAL BY JURY

The undersigned hereby waive the right to a trial by jury in this cause and hereby agree that all matters of fact, as well as of law, be determined by the Court.

_____
(1) MARIA LUISA CUELLAR SANTILLAN

_____
Mary Stillinger
Attorney for the Defendant

Agreed:

United States Attorney

By: _____

THE COURT APPROVES THE FOREGOING.

_____
DAVID C. GUADERRAMA
U.S. DISTRICT JUDGE

Date: March 16, 2022