UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | EP:20-CR-00582(1)-DCG |
| | § | |
| (1) Maria Luisa Cuellar Santillan | § | |

# LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Corina Lopez | 1. |
| 2. Angelica Maria Quinonez | 2. |
| 3. Arturo Garcia | 3. |
| 4. Michael Alan Bock | 4. |
| 5. Maria Carmen Briones | 5. |
| 6. Patrick Peevey | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |